883 F.2d 68
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Kenneth N. FREDERICK, etc., et al Plaintiff-Appellant,
v.
STATE OF MARYLAND, Governor of the State of Maryland, etc.,
et al, William A. Steinberg, Lt. Governor, J. Joseph Curran,
Jr., Attorney General, Louis Goldstein, Comptroller of the
State of Maryland, Lucille Maurer, Treasurer of the State of
Maryland, William A. Fogle, Jr., Secretary, Department of
Licensing and Regulation, Frederick L. Dewberry, Thomas V.
Miller, Speaker of the House of Delegates, All Members of
the House of Delegates, R. Clayton Mitchell, Jr., President
of the Maryland State Senate, All Members of the Maryland
State Senate, James J. McGinty, Secretary, Maryland Board of
Public Works, Richard H. Trainor, Secretary of
Transportation, William K. Hellman, Former Secretary of
Transportation, Sandra K. Renold, Winfield M. Kelly, Jr.,
Secretary of the State of Maryland, Melville S. Brown,
Director of Maryland Deposit Insurance Fund, Benjamin
Cardin, Harry Hughes, Stephen H. Sachs, Former Attorney
General and his Successors, Defendants-Appellees.
 No. 89-2007.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 31, 1989.
Decided Aug. 9, 1989.
 
 Kenneth N. Frederick, appellant pro se.
 Omar Vincent Melehy, Office of the Attorney General of Maryland), for appellees.
 Before K.K. HALL, PHILLIPS, and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Kenneth N. Frederick seeks to appeal the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Frederick v. State of Maryland, C/A No. 88-3079-S (D.Md. Dec. 2, 1988). We deny Frederick's motion to strike the appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.